Mary L. Misener, Appellant, v. The City of Syracuse, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. See opinion of Foote, J., in case of Minton v. City of Syracuse (172 App. Div. 39), decided herewith. All concurred.